UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 25-98 (JRT/JFD)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> v. ) <br> ) <br> ALEJANDRO ROJAS GARCIA ) <br> ) <br> Defendant ) | MEET AND CONFER <br> STATEMENT |

The undersigned counsel for Defendant Alejandro Rojas Garcia, hereby certifies that, as required by Rule 12.1(b) of the Local Rules of the United States District Court for the District of Minnesota, he conferred with Assistant United States Attorney William Mattessich on June 30, 2025, with regard to the pretrial motions in this matter

1. The Government agreed to disclose Jencks Act materials 7 days before trial. Mr. Rojas Garcia advised the Government that based on the provisions of the May 13, 2025, Amended Litigation Management Order (ECF No. 28), Mr. Rojas Garcia would not be filing any non-dispositive motions.

2. With regard to dispositive motions, Mr. Rojas Garcia advised the Government that it would be filing a motion to suppress evidence

discovered during the execution of three search warrants, namely: (1) the April 5, 2024, warrant authorizing the search of Mr. Rojas Garcia's person and apartment; (2) a second April 5, 2024, warrant authorizing the search of Mr. Rojas Garcia's automobile; and (3) the April 10, 2024, warrant authorizing the search of a computer bag and a list of 20 electronic devices seized from Mr. Rojas Garcia's apartment on April 5, 2024. Based on the parties' understanding that Mr. Rojas Garcia did not make any statements to police, he will not be filing any other dispositive motions.

3. With regard to a motions hearing, the parties agreed that they should wait until the Government reviews Mr. Rojas Garcia's motion papers before advising the Court whether the parties believe a motions hearing is required.

4. The parties further agreed that the Government would submit and file the pertinent search warrant applications and search warrants as exhibits.

5. Both parties request additional briefing.

Dated: June 30, 2025.

**JOHNSON & GREENBERG, PLLP**

<u>*s/Lee R. Johnson*</u>
Lee R. Johnson #189935
5775 Wayzata Boulevard
Suite 700
St. Louis Park, MN 55416
(952) 545-1621

Attorney for Defendant
Alejandro Rojas Garcia