**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,                                    Criminal No. 25-98 (JRT/JFD)

                            Plaintiff,

v.                                                                                    **ORDER**

ALEJANDRO ROJAS GARCIA,

                            Defendant.

_____

Wiliam Mattessich, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff,

Lee R Johnson, **JOHNSON & GREENBERG PLLP,** Suite 700, 5775 Wayzata Blvd., St. Louis Park, MN 55416, for defendant.

The trial in this case is continued to November 17, 2025 at 9:00 a.m. in courtroom 14E at the U.S. District Court, 300 South Fourth Street, Minneapolis, Minnesota.  Based on all the records, files, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1) Trial of this case is continued to November 17, 2025 at 9:00 a.m. in Courtroom 14E before the Honorable John R. Tunheim.

2) The time from the date of this order through November 17, 2025 shall be excluded in computing the time within which the trial in this matter must commence under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A). The ends of justice will be served by continuing the trial date.  This finding is based

upon the Court's conclusion that the failure to grant such a continuance would

unreasonably deny the parties a right to a fair and just hearing.

DATED: September 10, 2025
at Minneapolis, Minnesota

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge