UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-98 (JRT/JFD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO** |
| v. | ) | **EXCLUDE TIME** |
| | ) | |
| ALEJANDRO ROJAS GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by and through its undersigned attorney, moves the Court to exclude time from the Speedy Trial Act computation from April 13, 2026 through July 13, 2026, the scheduled trial date in this matter, under 18 U.S.C. § 3161(h)(7)(A).

The reason for the exclusion of time is to accommodate the Court's calendar and allow the parties adequate time to prepare for trial. This case was set for trial on April 13, 2026, and the Court had excluded time from the Speedy Trial Clock until that date. (ECF No. 44). On March 13, 2026, after conferring with the parties, the Court set a new trial date of July 13, 2026. (ECF No. 45). Accordingly, the "ends of justice served by taking such action" and excluding this time "outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A).

The government conferred with counsel for the defendant, who does not oppose this motion.

Accordingly, the United States respectfully requests that the time from April 13, 2026, through July 13, 2026, be excluded from the Speedy Trial calculation.

Dated: March 21, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/ William C. Mattessich*
BY: WILLIAM C. MATTESSICH
Assistant United States Attorney